IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC ROBINSON,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL P. HUERTA, Administrator, Federal Aviation Administration; LACEY N. JONES, Manager, Special Investigations Branch, Drug Abatement Division, Federal Aviation Administration; BRENT HART, Program Analyst, Office of Audit and Evaluation, Federal Aviation Administration; MARC L. WARREN, (Acting) Chief Counsel, Federal Aviation Administration; and A. LESTER HAIZLIP, Regional Counsel, Central Region, Federal Aviation Administration;<br><br>    Defendants. | 4:13CV3130<br><br>**MEMORANDUM<br>AND ORDER** |

  This matter is before the court on Plaintiff's 114-page Motion for Reconsideration. (Filing No. 10.) Plaintiff's motion appears to disagree with the Order dated January 7, 2014 (Filing No. 8), in which the court denied Plaintiff's request for a writ of mandamus (Filing No. 7), and to request that the court interfere with his current state court criminal proceedings.

  This case is closed. If Plaintiff disagreed with the Order dated January 7, 2014, his relief was to file a notice of appeal with the district clerk within 30 days after entry of the judgment filed on January 7, 2014 (Filing No. 9). *See* Fed. R. App. P. 4(a)(1)(A). He did not. Nevertheless, Plaintiff has not alleged any facts or

2

law which would cause the court to reconsider the Order and Judgment entered on January 7, 2014. Further, if Plaintiff seeks relief against state officials for violations of his constitutional rights in a wholly separate matter then he needs to file a Complaint pursuant to Federal Rule of Civil Procedure 8 that states his claims for relief against those defendants.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (Filing No. 10) is denied.

Dated this 2nd day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge